# IN THE SUPREME COURT OF THE STATE OF NEVADA

SEAN MICHAEL BURKS,
                            Appellant,
vs.
THE STATE OF NEVADA,
                            Respondent.

No. 85104

FILED

AUG 1 9 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY ___S. Young___
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order of commitment. Because no statute or court rule permits an appeal from such an order, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (explaining that court has jurisdiction only when statute or court rule provides for appeal). Accordingly, this court

ORDERS this appeal DISMISSED.

_____Silver_____, J.
Silver

_____Cadish_____, J.
Cadish

_____Pickering_____, J.
Pickering

cc:   Hon. Christy L. Craig, District Judge
      Sean Michael Burks
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk
      Clark County Public Defender

SUPREME COURT
OF
NEVADA

(O) 1947A

22-25940